UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT DORET, | NO. CV 20-3647-DSF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| FILIPE MARTINEZ, Jr., Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed without prejudice for lack habeas jurisdiction.

DATED: March 15, 2021

DALE S. FISCHER
United States District Judge